IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GERARDO THOMAS GARZA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROLLIN COOK et al.,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:14-CV-768-DB<br><br>District Judge Dee Benson |

　　　Plaintiff, Gerardo Thomas Garza, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated September 3, 2015, the Court determined Plaintiff's Complaint was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

　　　After granting Plaintiff two extensions of time within which to file his amended complaint, the Court set the most recent deadline as December 2, 2016. The last order the Court sent was returned to sender. Another copy of the order was sent out to a new address received from Plaintiff's parole officer and was not returned.

　　　Plaintiff has still not filed an amended complaint. The Court last heard from Plaintiff on September 1, 2016, when he filed a motion for extension of time to amend his complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 12th day of April, 2017.

BY THE COURT:

JUDGE DEE BENSON
United States District Court